FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

1/12/2024

CLERK'S OFFICE
GREENBELT
BY H.E. DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-21-331 |
| | * | |
| JONATHAN CARTU ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| | ******* | |

## MOTION TO UNSEAL

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Patrick D. Kibbe, Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Indictment in the above-captioned matter. The United States seeks to unseal the Indictment in this matter as to all defendants in order to facilitate contact with the defendants, who are currently located outside of the United States and to aid in the government's efforts to bring these defendants to the United States.

**WHEREFORE**, the Government requests that the Indictment and all other documents filed in this action be unsealed until further order of the Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _Patrick D. Kibbe_
Patrick D. Kibbe
Assistant United States Attorney

**ORDERED** as prayed, this <u>12th</u> day of <u>January</u>, 2024.

_____
Honorable Ajmel A. Quereshi
United States Magistrate Judge