IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States**     *

**Plaintiff,**

      *

v.        Case No. **21-cr-00331**

      *

**Jonathan Cartu et al**

**Defendant.**     *

## REQUEST FOR ENTRY OF APPEARANCE
## ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of **the United States**.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| Virginia | 10/2015 |
|  |  |
|  |  |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

3/27/2024
Date

*[signature]*
Signature

**David Hamstra, 89225**
Printed name and bar number

1400 New York Avenue, NW, Washington, D.C. 20005
Address

**david.hamstra@usdoj.gov**
Email address

**(202) 993-4833**
Telephone number

Fax number

> If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**